UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CONNIE SCHWENDEMAN, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CAROUSEL, LLC; HEALTH CAROUSEL TRAVEL NETWORK, LLC; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 5:18-cv-07641-BLF<br><br>[PROPOSED] ORDER RE. JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

Pursuant to the Joint Stipulation to Continue Initial Case Management Conference and Related Deadlines filed by the Parties and good cause appearing, the Court hereby orders as follows:

1. The Initial Case Management Conference shall be continued to December 12, 2019; and
2. All related deadlines, as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines (ECF 4) and as continued in the Order Granting Stipulated Request to Stay Initial Case Management Deadlines, as Modified by The Court (ECF 18) shall be continued accordingly.

**IT IS SO ORDERED.**

DATE: Sept 27, 2019

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE