1  **HAYES PAWLENKO LLP**
   Matthew B. Hayes (SBN 220639)
2  Kye D. Pawlenko (SBN 221475)
   mhayes@helpcounsel.com
3  kpawlenko@helpcounsel.com
   595 E. Colorado Blvd., Ste. 303
4  Pasadena, CA 91101
   Tel: (626) 808-4357
5  Fax: (626) 921-4932

6  Attorneys for Plaintiff
   CONNIE SCHWENDEMAN
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | CONNIE SCHWENDEMAN, an individual | Case No. 5:18-cv-07641-BLF
12 | on behalf of herself and others similarly situated, |
13 | | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR APPROVAL OF SETTLEMENT OF CALIFORNIA LABOR CODE PRIVATE ATTORNEY GENERAL ACT ("PAGA") CLAIM IN ACCORDANCE WITH LABOR CODE § 2699(l)(2)**
14 | Plaintiff, |
   | v. |
15 | HEALTH CAROUSEL, LLC, *et al.*, |
16 | Defendants. | Date:   July 23, 2020
17 | | Time:   9:00 a.m.
   | | Location:  Courtroom 3
18
19
20
21
22
23
24
25
26
27
28

i
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR APPROVAL OF PAGA SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 23, 2020 at 9:00 a.m. in Courtroom 3 (5th Floor) of the United States District Court for the Northern District of California, San Jose Courthouse, located at 280 South 1st Street, San Jose, CA 95113, the Honorable Beth Labson Freeman presiding, Plaintiff Connie Schwendeman ("Plaintiff") will and hereby does move for approval of a settlement of this action which involves a single claim for civil penalties under the California Labor Code Private Attorney General Act ("PAGA").

This motion is based upon this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Declaration of Matthew B. Hayes, Esq. filed concurrently herewith, the [Proposed] Order lodged concurrently herewith, the other records filed in this action, and any other evidence that may be presented to the Court at the hearing on this motion.

DATED: May 13, 2020                     **HAYES PAWLENKO LLP**

                                                     By: /s/Matthew B. Hayes
                                                     MATTHEW B. HAYES
                                                     Attorneys for Plaintiff

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR APPROVAL OF PAGA SETTLEMENT