**HAYES PAWLENKO LLP**
Matthew B. Hayes (SBN 220639)
Kye D. Pawlenko (SBN 221475)
mhayes@helpcounsel.com
kpawlenko@helpcounsel.com
595 E. Colorado Blvd., Ste. 303
Pasadena, CA 91101
Tel: (626) 808-4357
Fax: (626) 921-4932

Attorneys for Plaintiff
CONNIE SCHWENDEMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE SCHWENDEMAN, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CAROUSEL, LLC, *et al.*,<br><br>Defendants. | Case No. 5:18-cv-07641-BLF<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT OF CALIFORNIA LABOR CODE PRIVATE ATTORNEY GENERAL ACT ("PAGA") CLAIM IN ACCORDANCE WITH LABOR CODE § 2699(l)(2)**<br><br>Date:  July 23, 2020<br>Time:  9:00 a.m.<br>Location:  Courtroom 3 |

i
[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF PAGA SETTLEMENT

The currently operative First Amended Complaint in this action asserts a single claim by Plaintiff Connie Schwendeman ("Plaintiff") for civil penalties against Defendants Health Carousel, LLC and Health Carousel Travel Network, LLC ("Defendants") pursuant to the California Labor Code Private Attorney General Act ("PAGA") (Cal. Labor Code § 2698 et seq.). Now pending before the Court is a motion for approval of a settlement of the PAGA claim. The Court has considered all papers, evidence and argument submitted regarding the proposed settlement. Based on the foregoing, IT IS HEREBY ORDERED ADJUDGED AND DECREED as follows:

1.      In accordance with California Labor Code section 2699(l)(2), the Court has reviewed the Joint Stipulation of Private Attorneys General Act Settlement and Release Between Plaintiff and Defendants (hereafter "Settlement") and approves the Settlement because it complies with PAGA's statutory requirements and is fair, reasonable, and adequate;

2.      The Court approves attorneys' fees to Plaintiff's counsel in the amount of $28,333.33 and reimbursement of litigation costs in the amount of $1,116.96, which shall be paid in accordance with the terms of the Settlement;

3.      The Court approves the incentive award of $850 to Plaintiff, which shall be paid in accordance with the terms of the Settlement;

4.      The Court approves settlement administration fees and expenses to Phoenix Class Action Administration in the amount of $4,000, which shall be paid in accordance with the terms of the Settlement;

5.      The parties shall fulfill all other terms of the Settlement;

6.      All claims currently pending in the action are dismissed with prejudice; and

7.      The Court will retain jurisdiction to enforce the terms of the Settlement.

**IT IS SO ORDERED**

DATED: __July 23, 2020__

HON. BETH LABSON FREEMAN
United States District Judge

1

[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF PAGA SETTLEMENT